**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE PENNSYLVANIA EASTERN (READING) DISTRICT OF
PENNSYLVANIA**

IN RE: Donna McDonald

             Debtor

CHAPTER 13

BKY. NO. 18-11544 REF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Select Portfolio Servicing as servicer for U.S. Bank National Association, as indenture trustee, for the CIM Trust 2016-FRE1, Mortgage-Backed Notes, Series 2016-FRE1 and index same on the master mailing list.

             Respectfully submitted,

             **/s/ Rebecca A. Solarz, Esquire**
             Rebecca A. Solarz, Esquire
             KML Law Group, P.C.
             701 Market Street, Suite 5000
             Philadelphia, PA 19106-1532
             (215) 627-1322 FAX (215) 627-7734