UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
                                                    :
    DONNA Mc DONALD                 : Bankruptcy No.  18-11544REF
                                                    :
        Debtor(s)                   : Chapter 13

\* \* \* \* \* \* \*

## NOTICE OF TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTIONS AND HEARING DATE

**Frederick L. Reigle, Esq., Standing Chapter 13 Trustee, has filed an objection to your claim of exemptions in this bankruptcy case.**

**Your claim of exemption may be eliminated or changed by the Court because an objection has been filed.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

If you do not want the Court to eliminate or change your claim of exemptions, or if you want the Court to consider your views, you or your lawyer must attend the hearing on the objection, scheduled to be held before The Honorable Richard E. Fehling on July 12, 2018 at 9:30 a.m. in Courtroom #1, 3rd Floor, United States Bankruptcy Court, 400 Washington Street, Madison Building, Reading, Pennsylvania 19601.

Date:  May 31, 2018                             Attorney for Objector

*/s/Rolando Ramos-Cardona*
Rolando Ramos-Cardona, Esq.
for
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, Pennsylvania  19606-0410
Telephone:  (610) 779-1313
Fax:  (610) 779-3637