UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  :
  :
   DONNA Mc DONALD  : Bankruptcy No. 18-11544REF
  :
   Debtor(s)  : Chapter 13

## ORDER

AND NOW, upon consideration of the Trustee's Objection to Claim of Exemptions, and after notice and hearing, it is hereby Ordered that the exemptions claimed pursuant to 11 U.S.C.§522(d)(5) are denied in their entirety. The Debtor is directed to file an Amended Schedule C within fifteen (15) days to elect appropriate exemption limits.

BY THE COURT

8/16/08

_____
Richard E. Fehling, B. J.

Interested Parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, Pennsylvania 19606-0410

James W. Zerillo, Esq.
937 N. Hanover Street
Pottstown, PA 19464

Donna Mc Donald
500 Monocacy Creek Rd. N.
Douglasville, PA 19518-8737

Dave Adams, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107