United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Donna McDonald  
    Debtor

Case No. 18-11544-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Aug 16, 2018  
                 Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2018.  
db         Donna McDonald,    500 Monocacy Creek Rd N,    Douglassville, PA   19518-8737

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2018 02:15:27     Synchrony Bank,  
         c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021  
                                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2018                                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2018 at the address(es) listed below:  
         CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us  
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         JAMES W. ZERILLO    on behalf of Debtor Donna McDonald jameszerillo@gmail.com, G28910@notify.cincompass.com  
         KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, As Indenture Trustee, et. al. bkgroup@kmllawgroup.com  
         MARY F. KENNEDY    on behalf of Creditor    Citizens Bank of Pennsylvania mary@javardianlaw.com, tami@javardianlaw.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, As Indenture Trustee, et. al. bkgroup@kmllawgroup.com  
         ROLANDO RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE RRamos-Cardona@fredreiglech13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM MILLER*R    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
         WILLIAM MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
                                                                                                           TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                               :
                                     :
    DONNA Mc DONALD            : Bankruptcy No. 18-11544REF
                                     :
    Debtor(s)                  : Chapter 13

ORDER

AND NOW, upon consideration of the Trustee's Objection to Claim of Exemptions, and after notice and hearing, it is hereby Ordered that the exemptions claimed pursuant to 11 U.S.C.§522(d)(5) are denied in their entirety. The Debtor is directed to file an Amended Schedule C within fifteen (15) days to elect appropriate exemption limits.

BY THE COURT

8/16/08

_____
Richard E. Fehling, B. J.

Interested Parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, Pennsylvania 19606-0410

James W. Zerillo, Esq.
937 N. Hanover Street
Pottstown, PA 19464

Donna Mc Donald
500 Monocacy Creek Rd. N.
Douglasville, PA 19518-8737

Dave Adams, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107