UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                           :

DONNA   MC DONALD

                                                    : Bankruptcy No. 18-11544REF
Debtor(s)                 : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                                   BY THE COURT

**Date: September 27, 2018**

_____
Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

JAMES W ZERILLO ESQ
937 N HANOVER STREET
POTTSTOWN PA 19464-

DONNA   MC DONALD
500 MONOCACY CREEK RD N
DOUGLASSVILLE,PA.19518-8737