United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Donna McDonald
    Debtor

Case No. 18-11544-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: Lisa    Page 1 of 2    Date Rcvd: Sep 27, 2018
Form ID: pdf900    Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2018.

```
db              Donna McDonald,    500 Monocacy Creek Rd N,    Douglassville, PA 19518-8737
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14069247        ACI,    2420 Sweet Home Rd Ste 150,    Amherst, NY 14228-2244
14069248        American Express Centurion Ban,    4315 S 2700 W,    Salt Lake City, UT 84184-0001
14088105        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
14069249        Amex,    PO Box 297871,    Fort Lauderdale, FL 33329-7871
14069250        Amex,    Correspondence,    PO Box 981540,    El Paso, TX 79998-1540
14069252       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk of Amer,    PO Box 982238,    El Paso, TX 79998-2238)
14069253        Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
14069254        Chase Card,    Attn: Correspondence Dept,    PO Box 15298,    Wilmington, DE 19850-5298
14069255        Citi,    PO Box 6241,    Sioux Falls, SD 57117-6241
14069256        Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    PO Box 790040,
                 Saint Louis, MO 63179-0040
14069257       +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
14071012       +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3026
14085580       +Citizens Bank of Pennsylvania,    10561 Telegraph Road,    Glen Allen, VA 23059-4577
14075800       +Citizens Bank of Pennsylvania,    Law Offices of Gregory Javardian,
                 1310 Industrial Blvd., Ste. 101,    Southhampton, PA 18966-4030
14069258        Citizens One,    10561 Telegraph Rd,    Glen Allen, VA 23059-4577
14069259        Citizens One Home Loans,    PO Box 42111,    Providence, RI 02940-2111
14069260       +Client Services, Inc.,    3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
14069268        Jordan W. Felzer, Esquire,    PO Box 2163,    Southeastern, PA 19399-2163
14069269        Kerr & Cummings, P.C.,    2 Eves Dr Ste 112,    Marlton, NJ 08053-3193
14069272        Law Office Of Gregory Javardian, LLC,    1310 Industrial Blvd Ste 1,
                 Southampton, PA 18966-4030
14069273        Nationwide Credit,    PO Box 14581,    Des Moines, IA 50306-3581
14069276        Pay Pal Credit,    PO Box 5138,    Timonium, MD 21094-5138
14069278        Select Portfolio Svcin,    10401 Deerwood Park Blvd,    Jacksonville, FL 32256-5007
14069279        Stillman Law Office, LLC.,    50 Tower Office Park,    Woburn, MA 01801-2113
14086502       +U.S. Bank National Association, As Indenture,    KML Law Group, P.C.,    710 Market Street,
                 Suite 5000,    Philadelphia, PA 19106-2312
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 28 2018 02:30:07     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2018 02:25:56      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14069261        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 28 2018 02:29:39      Comenity Bank/Bon Ton,
                 PO Box 182273,    Columbus, OH 43218-2273
14069262        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 28 2018 02:29:39
                 Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    PO Box 182125,    Columbus, OH 43218-2125
14069263        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 28 2018 02:29:39      Comenity Capital Bank,
                 PO Box 182025,    Columbus, OH 43218-2025
14069264        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 28 2018 02:29:40      Comenitybk/bonton,
                 PO Box 182789,    Columbus, OH 43218-2789
14069265        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 28 2018 02:29:40      Comenitybk/victoriasec,
                 PO Box 182789,    Columbus, OH 43218-2789
14069266        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 28 2018 02:29:40      Comenitycap/boscovs,
                 PO Box 182120,    Columbus, OH 43218-2120
14069267        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 28 2018 02:29:40      Comenitycapital/boscov,
                 Comenity Bank,    PO Box 182125,    Columbus, OH 43218-2125
14069270        E-mail/Text: bnckohlsnotices@becket-lee.com Sep 28 2018 02:29:33      Kohls/Capital One,
                 Kohls Credit,    PO Box 3043,    Milwaukee, WI 53201-3043
14069271       +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 28 2018 02:29:33      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14069274        E-mail/Text: bankruptcynotices@psecu.com Sep 28 2018 02:30:28     P S E C U,
                 Attention: Bankruptcy,    PO Box 67013,    Harrisburg, PA 17106-7013
14069275       +E-mail/Text: bankruptcynotices@psecu.com Sep 28 2018 02:30:28     PA Sta Empcu,
                 1500 Elmerton Ave,    Harrisburg, PA 17110-2990
14093700       +E-mail/Text: bankruptcynotices@psecu.com Sep 28 2018 02:30:28     PSECU,    Po Box 67013,
                 Harrisburg, PA 17106-7013
14091748        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 28 2018 02:29:53
                 Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
14069277        E-mail/Text: jennifer.chacon@spservicing.com Sep 28 2018 02:30:34
                 Select Portfolio Servicing, Inc,    PO Box 65250,    Salt Lake City, UT 84165-0250
```

```
District/off: 0313-4          User: Lisa                Page 2 of 2                 Date Rcvd: Sep 27, 2018
                              Form ID: pdf900           Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14069280      E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2018 02:25:56      Syncb/oldnavydc,    PO Box 965005,
               Orlando, FL  32896-5005
14069953     +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2018 02:25:21      Synchrony Bank,
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14069281      E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2018 02:25:56      Synchrony Bank/Old Navy,
               Attn: Bankruptcy,    PO Box 965060,    Orlando, FL  32896-5060
14107829      E-mail/Text: jennifer.chacon@spservicing.com Sep 28 2018 02:30:34
               U.S. Bank National Association,    c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
               Salt Lake City, UT 84165-0250
                                                                                               TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
14069251     ##Bank of America,   NC4-105-03-14,    PO Box 26012,    Greensboro, NC  27420-6012
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2018 at the address(es) listed below:
```
              CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us,    RA-occbankruptcy6@state.pa.us
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JAMES W. ZERILLO    on behalf of Debtor Donna  McDonald jameszerillo@gmail.com,
               G28910@notify.cincompass.com
              KEVIN G. MCDONALD    on behalf of Creditor   U.S. Bank National Association, As Indenture Trustee,
               et. al. bkgroup@kmllawgroup.com
              MARY F. KENNEDY    on behalf of Creditor    Citizens Bank of Pennsylvania mary@javardianlaw.com,
               tami@javardianlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor   U.S. Bank National Association, As Indenture Trustee,
               et. al. bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
               RRamos-Cardona@fredreiglech13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R   ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                               TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                     :

DONNA   MC DONALD

                                                         : Bankruptcy No. 18-11544REF
          Debtor(s)                             : Chapter 13

<u>ORDER</u>

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                                                            BY THE COURT

**Date: September 27, 2018**

_____
                                                                    Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

JAMES W ZERILLO ESQ
937 N HANOVER STREET
POTTSTOWN PA 19464-

DONNA   MC DONALD
500 MONOCACY CREEK RD N
DOUGLASSVILLE,PA.19518-8737